# Robert E. Saint, Esq.

**EMSWILLER, WILLIAMS, NOLAND & CLARKE, LLC**
**8500 Keystone Crossing, Suite 500**
**Indianapolis, IN 46240-2461**
**(317) 257-8787**

April 5, 2021

Invoice submitted to:

Amy M. Patrick, M.D.
106 Indiana Spring Road
Kennett Square, PA 19348

# Robert E. Saint, Esq.

**EMSWILLER, WILLIAMS, NOLAND & CLARKE, LLC**
**8500 Keystone Crossing, Suite 500**
**Indianapolis, IN 46240-2461**
**(317) 257-8787**

April 5, 2021

Invoice submitted to:

Amy M. Patrick, M.D.
106 Indiana Spring Road
Kennett Square, PA 19348

DESCRIPTION

| Date | | Description | Hours |
|---|---|---|---|
| 10/4/2019 - | RES | Reviewed Materials and Completed Draft Complaint. | 2.30 |
| 10/7/2019 - | RES | Multiple Revisions and Email to Amy Patrick and Mark Baumel. | 1.00 |
| 10/9/2019 - | RES | Voice Mail to Randall Robbins. | 0.10 |
| - | RES | Final Revisions to Complaint. | 0.10 |
| - | RES | Email to Randall Robbins with Attachment. | 0.10 |
| 10/10/2019 - | RES | Phone Conference with Nancy Haile. | 0.10 |
| - | RES | Email to Nancy Haile. | 0.10 |
| 10/14/2019 - | RES | Email to Amy Patrick and Mark Baumel. | 0.10 |
| 10/17/2019 - | RES | Phone Conference with Randall Robbins. | 0.30 |
| - | RES | Reviewed File and Sent Ten (10) Emails with Attachments to Randall Robbins. | 0.50 |
| - | RES | Reviewed Collected Cases and Email to Randall Robbins with Attachments. | 0.40 |
| 10/22/2019 - | RES | Email to Randall Robbins and Email to Mark Baumel and Amy Patrick. | 0.10 |
| 10/28/2019 - | RES | 10/28 - 10/29/19 - Emails to Randall Robbins. | 0.10 |
| 10/30/2019 - | RES | Reviewed Emails from Randall Robbins, Reviewed Complaint and Email to Randall Robbins. | 0.20 |
| 11/1/2019 - | RES | Reviewed Policy, Delaware D.C. Rules and Forms and Email to Randall Robbins. | 0.30 |
| 11/4/2019 - | RES | Prepared Two (2) Summons, Civil Cover Sheet, Appearance of Counsel, Motion for *Pro Hac Vice* and Proposed Order and *Pro Hac Vice* Appearance Form. | 1.20 |
| - | RES | Email to Mark Baumel and Amy Patrick. | 0.10 |
| - | RES | Email to Randall Robbins with Attachment. | 0.10 |
| 11/6/2019 - | RES | Email to Brittany Petrucci (Randall Robbins' Assistant), Reviewed Documents and Two (2) Emails to Brittany Petrucci with Attachments. | 0.20 |
| 11/7/2019 - | RES | Emails to Randall Robbins and His Assistant (Brittany Petrucci), Email to Amy Patrick and Mark Baumel and Correspondence to Randall Robbins. | 0.40 |
| 11/11/2019 - | RES | Email to Brittany Petrucci with Copy to Randall Robbins. | 0.10 |
| 12/3/2019 - | RES | Email to Mark Baumel and Amy Patrick with File-Marked Copies of Documents and Another Email with Attachment. | 0.20 |
| 12/9/2019 - | RES | Email to Brittany Petrucci, Reviewed Answer, Emaili to Amy Patrick and Mark Baumel with Attachment, another Email to Amy Patrick and Mark Baumel and Letter to Amy Patrick and Mark Baumel. | 0.50 |

Amy M. Patrick, M.D.
Robert E. Saint, Esq.
04/05/21

| Date | | Description | Hours |
|---|---|---|---|
| 12/12/2019 | RES | Prepared Motion and Proposed Order for Appearance Pro Hac Vice and Prepared Registration, Emailed to Randall Robbins and Brittany Petrucci. | 0.70 |
| 12/13/2019 | RES | Email to Brittany Petrucci and Email to Amy Patrick and Mark Baumel. | 0.10 |
| - | RES | Email to Randall Robbins with Attachments. | 0.10 |
| - | RES | Correspondence to Randall Robbins with Enclosure. | 0.20 |
| 12/18/2019 | RES | Prepared and Filed Appearance in Delaware District Court. | 0.20 |
| 12/31/2019 | RES | Email to Michael Logullo with Copy to Randall Robbins. | 0.10 |
| - | RES | Prepared Draft Agreed Scheduling Order. | 1.00 |
| 1/2/2020 | RES | Email to Michael Logullo with Attachment and Copy to Randall Robbins. | 0.20 |
| 1/3/2020 | RES | Revisions to Scheduling Order and Email to Randall Robbins and Email to Amy Patrick and Mark Baumel. | 0.20 |
| - | RES | Email to Amy Patrick and Mark Baumel. | 0.10 |
| 1/7/2020 | RES | Phone Conference with Randall Robbins. | 0.40 |
| - | RES | Reviewed Documents From Reliance Claims File and Two (2) Emails to Randall Robbins. | 1.00 |
| - | RES | Revised Scheduling Order and Email to Randall Robbins and Amy Patrick. | 0.20 |
| 1/8/2020 | RES | Email to Mike Logullo. | 0.10 |
| - | RES | Reviewed and Revised Scheduling Order and Email to Mike Logullo. | 0.10 |
| 1/12/2020 | RES | Email to Michael Logullo. | 0.10 |
| - | RES | Research Regarding Issue of "Regular Occupation" Under Third Circuit Court Decisions and Other Authority. | 1.20 |
| 1/13/2020 | RES | Revised Scheduling order and Two (2) Emails, Voice Mail to Brittney (at Randall Robbins' Office) and Email to Randall Robbins. | 0.40 |
| - | RES | Phone Conference with Randall Robbins. | 0.10 |
| - | RES | Voice Mail to Mike Logullo. | 0.10 |
| - | RES | Phone Conference with Mike Logullo. | 0.10 |
| - | RES | Phone Conference with Josh Bachrach. | 0.10 |
| - | RES | Voice Mail to Josh Bachrach and Phone Conference with Josh Bachrach. | 0.20 |
| - | RES | Prepared Joint Motion to Approve Scheduling Order with Edits and Revisions to Scheduling Order and Email to All Attorneys. | 1.50 |
| 1/14/2020 | RES | Phone Conference with Brittney (at Randall Robbins' Office) and Two (2) Emails to All Attorneys. | 0.20 |
| 1/16/2020 | RES | Email to Mark Baumel and Amy Patrick and Two (2) Emails to Randall Robbins. | 0.30 |
| - | RES | Emails to Amy Patrick and Mark Baumel in Response to Questions. | 0.20 |
| 2/3/2020 | RES | Reviewed Materials in Advance of Call and Conference Call with Court, Phone Conference with Randall Robbins, Emails to Amy Patrick and Mark Baumel and Email to Michael Lugullo. | 0.70 |
| 2/10/2020 | RES | Downloaded and Printed Court's Mediation Order, Reviewed Order and Sent Email to Amy Patrick and Mark Baumel with Attachment. | 0.20 |
| - | RES | Email to Josh Bachrach and Michael Logullo. | 0.10 |
| 2/24/2020 | RES | Email to Josh Bachrach and Michael Lugullo. | 0.10 |
| - | RES | Phone Conference with Heather Austin. | 0.10 |
| 2/27/2020 | RES | Email to Mark Baumel and Amy Patrick. | 0.10 |
| 2/28/2020 | RES | 02/28 - 02/29/20   Reviewed Entire Record (2,600 pages) and Copied Select Portions. | 3.40 |
| 3/2/2020 | RES | Further Work on Mediation Statement. | 0.30 |
| 3/3/2020 | RES | Research Regarding Mediation Statement. | 1.20 |
| 3/4/2020 | RES | Work on Draft of Confidential Mediation Statement. | 6.20 |
| 3/5/2020 | RES | Further Work on Draft of Confidential Mediation Statement. | 4.10 |
| 3/6/2020 | RES | Research and More Work on Confidential Mediation Statement. | 5.20 |
| - | RES | Edits and Additions to Confidential Mediation Statement and Emailed to Mark Baumel and Amy Patrick. | 1.60 |

Amy M. Patrick, M.D.
Robert E. Saint, Esq.
04/05/21

| Date | | Description | Hours |
|---|---|---|---|
| 3/9/2020 - | RES | Further Work on Plaintiff's Confidential Mediation Statement, Research and Edits and Email to Amy Patrick, Mark Baumel and Randall Robbins. | 4.20 |
| 3/10/2020 - | RES | Phone Conference with Randall Robbins. | 0.60 |
| - | RES | Further Edits to Plaintiff's Confidential Mediation Statement. | 1.60 |
| - | RES | Phone Conference with Amy Patrick and Mark Baumel. | 0.40 |
| - | RES | Final Edits and Email to Randall Robbins with Separate Edits to Amy Patrick and Mark Baumel. | 4.30 |
| - | RES | Reviewed Mark Baumel's Changes & Revisions to Confidential Mediation Statement and Email to Amy Patrick and Mark Baumel. | 0.10 |
| 3/11/2020 - | RES | Final Edits on Confidential Mediation Statement, Prepared Letter from Randall Robbins to Magistrate Mary Pat Thynge and Emails to Randall Robbins and Brittney. | 1.40 |
| 3/16/2020 - | RES | Email to Amy Patrick and Mark Baumel. | 0.10 |
| 4/1/2020 - | RES | Email to Heather Austin. | 0.10 |
| 4/6/2020 - | RES | Retrieved Email From Timothy Scott (RSLI) and Email to Heather Austin and Joshua Bachrach with Attachment. | 0.20 |
| - | RES | Reviewed Administrative Record and Email to Heather Austin and josh Bachrach with Copy to Randall Robbins. | 1.00 |
| 4/7/2020 - | RES | Multiple Email Communications with Heather Austin and Josh Bachrach with Copies to Randall Robbins, Reviewed Emails with Timothy Scott Regarding Multiple Media Presentation and Photographs of Amy Patrick's Scar. | 0.60 |
| 4/8/2020 - | RES | Two (2) Emails to Randall Robbins and Email to Heather Austin and Josh Bachrach. | 0.50 |
| 4/9/2020 - | RES | Reviewed Administrative Record, Filing and Email to Legal Assistant. | 0.20 |
| 4/17/2020 - | RES | Email to Randall Robbins. | 0.20 |
| - | RES | Email to Amy Patrick and Mark Baumel. | 0.10 |
| - | RES | Phone Conference with Paul Sadler. | 0.50 |
| - | RES | Another Email to Amy Patrick and Mark Baumel. | 0.10 |
| - | RES | Email to Michael Logullo and Josh Bachrach and Additional Email to Amy Patrick and Mark Baumel. | 0.10 |
| 4/20/2020 - | RES | Email to Michael Logullo, Josh Bachrach and Randall Robbins. | 0.10 |
| 4/22/2020 - | RES | Email to All Attorneys. | 0.10 |
| 4/23/2020 - | RES | Email to Amy Patrick and Mark Baumel. | 0.10 |
| - | RES | Email to Judge Thygne and Copies to All Attorneys. | 0.20 |
| 5/22/2020 - | RES | Reviewed Brief and Email to Amy Patrick and Mark Baumel. | 0.20 |
| 5/26/2020 - | RES | Email to Josh Bachrach and Heather Austin. | 0.20 |
| - | RES | NML - Reviewed Lengthy correspondence Regarding Quantitative Reduction as a total Disability and Email to Mark Baumel and Amy Patrick. | 0.30 |
| - | RES | Reviewed Lengthy Correspondence Regarding Quantitative Reduction as a Total Disability and Email to Mark Baumel and Amy Patrick. | 0.30 |
| 5/28/2020 - | RES | Draft of Petition to Supplement Administrative Record and Research. | 1.20 |
| - | RES | Reviewed Emails and Email to Josh Bachrach and Others. | 0.20 |
| 5/29/2020 - | RES | Revisions to Petition to Supplement Administrative Record. | 0.30 |
| 6/1/2020 - | RES | Phone Conference with Randall Robbins. | 0.10 |
| - | RES | Email to Randall Robbins. | 0.10 |
| - | RES | Revised Petition to Supplement Administrative Record and Email to Randall Robbins with Attachments. | 0.10 |
| 6/2/2020 - | RES | Emails to Amy Patrick, Mark Baumel and Randall Robbins. | 0.10 |
| - | RES | Reviewed Materials in Advance of Settlement Conference. | 0.90 |
| 6/3/2020 - | RES | ZOOM Conference with Amy Patrick, Mark Baumel and Randall Robbins. | 0.80 |

Robert E. Saint, Esq.
04/05/21

| Date | | Description | Hours |
|---|---|---|---|
| 6/3/2020 | RES | Email to Amy Patrick and Mark Baumel. | 0.10 |
| - | RES | Email to Amy Patrick and Mark Baumel with Attachment, Reviewed Present Value Calculation and Email to Amy Patrick and Mark Baumel. | 0.40 |
| - | RES | Another Email to Amy Patrick and Mark Baumel. | 0.10 |
| 6/4/2020 | RES | Reviewed Materials in Advance of Mediation. | 1.00 |
| - | RES | First Session of Mediation (Morning). | 2.50 |
| - | RES | Second Session of Mediation (Afternoon). | 3.00 |
| 6/5/2020 | RES | Research for Motion for Summary Judgment. | 0.70 |
| - | RES | Research and Email to Amy Patrick and Mark Baumel. | 0.60 |
| - | RES | Further Research and Initial Outline of Brief. | 1.60 |
| - | RES | Two (2) Emails to Amy Patrick and Mark Baumel with Attachment. | 0.30 |
| 6/10/2020 | RES | Email to Brittany Petrucci and Randall Robbins. | 0.10 |
| 6/15/2020 | RES | Reviewed and Outlined Entire Agreed Record, Partial Draft of Brief in Support of Motion for Summary Judgment. | 9.70 |
| 6/16/2020 | RES | Research, Further Drafting of Brief and Two (2) Emails to Brittany @ Ashby-Geddes. | 8.50 |
| 6/17/2020 | RES | Research, Further Drafting of Brief, Editing of Brief, Emails to Brittany (Ashby-Geddes) and Conferences with Legal Assistant. | 9.50 |
| 6/18/2020 | RES | Completed Brief, Table of Contents, Table of Authorities with Multiple Edits and Emails To and From Brittany (Ashby-Geddes) and Randall Robbins. | 4.20 |
| - | RES | Multiple Edits on Opening Brief, Motion and Proposed Order, Multiple Emails to Amy Patrick, Mark Baumel and Randall Robbins, Phone Conference with Randall Robbins, Emails to Brittany (Ashby-Geddes) and Conferences with Legal Assistant. | 2.30 |
| - | RES | Two (2) Emails to Amy Patrick. | 0.20 |
| 6/19/2020 | RES | Reviewed U.S. District Court for the District of Delaware's Local Rules and Revised Brief to Conform with Local Rules, Emails to Legal Assistant and Email to Randall Robbins. | 1.30 |
| 6/29/2020 | RES | Reviewed Defendant's Brief and Statement of Material Facts, Reviewed Scheduling Order and Downloaded and Copied, and Partial Review of Cases Cited in Defendant's Brief. | 2.90 |
| - | RES | Read Additional Cases Cited by Reliance in Their Opening Brief. | 1.70 |
| 6/30/2020 | RES | Initial/Preliminary Draft of Concise Statement in Opposition to Reliance's Concise Statement and Reviewed Reliance's Citations to the Record. | 0.50 |
| 7/2/2020 | RES | Partial Draft of Response to Reliance's Concise Statement of Facts. | 3.80 |
| 7/6/2020 | RES | Research and Brief Writing. | 2.60 |
| 7/7/2020 | RES | Further Research and Brief Writing. | 2.10 |
| 7/8/2020 | RES | Research, Brief Writing and Editing. | 7.20 |
| 7/9/2020 | RES | Further Work on Brief in Opposition to Reliance's Motion for Summary Judgment and Research. | 4.90 |
| 7/10/2020 | RES | Revisions and Further Work on Response Brief (in Opposition) and Further Research. | 1.20 |
| 7/13/2020 | RES | Further Drafting and Editing of Brief in Opposition. | 3.20 |
| 7/14/2020 | RES | Revised Brief in Opposition. | 1.80 |
| - | RES | Worked on Brief in Response (Opposition), Multiple Edits and Email to Randall Robbins. | 3.60 |
| 7/15/2020 | RES | Further Revisions on Brief in Opposition. | 1.00 |
| - | RES | Email to Randall Robbins. | 0.10 |
| - | RES | Further Edits to Brief in Opposition. | 0.90 |
| 7/26/2020 | RES | Reviewed Reliance's Opposing Brief and Reviewed Cases. | 1.70 |
| 7/27/2020 | RES | Work on Reply Brief and Research. | 1.80 |
| 7/28/2020 | RES | Further Work on Reply Brief. | 1.20 |

Amy M. Patrick, M.D.
Robert E. Saint, Esq.
04/05/21

|  |  |  | | Hours |
|---|---|---|---|---:|
| 7/28/2020 | - | RES | More Work on Reply Brief. | 2.80 |
| 7/29/2020 | - | RES | Further Work on Reply Brief. | 3.20 |
|  | - | RES | More Work on Reply Brief. | 1.00 |
|  | - | RES | Additional Work on Reply Brief. | 1.10 |
| 7/30/2020 | - | RES | Further Work on Reply Brief and Research. | 3.00 |
|  | - | RES | Email to Randall Robbins. | 0.10 |
|  | - | RES | Edited Reply Brief. | 2.30 |
| 7/31/2020 | - | RES | Multiple Edits to Reply Brief and Prepared Table of Contents and Table of Authorities. | 1.80 |
|  | - | RES | Prepared Proposed Order. | 0.20 |
|  | - | RES | Prepared Plaintiff's Concise Statement of Material Facts in Support of Motion for Summary Judgment. | 0.30 |
|  | - | RES | Prepared Summary of Agreement and Edits. | 0.80 |
|  | - | RES | Further Edits and Attempts to File within Ten (10) Page Limitation. | 0.30 |
|  | - | RES | Revisions to Table of Contents and Table of Authorities. | 0.20 |
|  | - | RES | Quick Review of Draft Reply Brief, Email to Randall Robbins (with copy to Brittany) with Attachment and Email to Amy Patrick and Mark Baumel with Attachment. | 0.20 |
| 8/2/2020 | - | RES | Email to Randall Robbins with Attachment and Forwarded Email to Amy Patrick and Mark Baumel. | 0.10 |
| 8/3/2020 | - | RES | Reviewed Reply Brief and Made Revisions, Re-Read Reply Brief and Circulated to Mark Baumel and Amy Patrick and Multiple Emails to Randall Robbins and Brittany. | 1.30 |
|  | - | RES | Two (2) Emails to Brittany and Randall Robbins. | 0.10 |
|  | - | RES | Phone Conference with Brittany (Ashby-Geddes). | 0.10 |
| 1/7/2021 | - | RES | Email to Randall Robbins. | 0.10 |
|  | - | RES | Voice Mail to Randall Robbins and Phone Conference to Randall Robbins (Reliance Standard). | 0.50 |
|  | - | RES | Email to Mark Baumel and Amy Patrick. | 0.10 |
|  | - | RES | Email to Randall Robbins. | 0.10 |
|  | - | RES | Two (2) Emails to Michael Lugullo with Copy to Randall Robbins. | 0.10 |
| 1/9/2021 | - | RES | (Reliance Standard) Partial Review of Briefs. | 0.50 |
|  | - | RES | Email to Mark Baumel and Amy Patrick. | 0.10 |
| 1/15/2021 | - | RES | (Reliance) Phone Conference with Amy Patrick and Mark Baumel. | 0.50 |
| 1/19/2021 | - | RES | (Reliance) Email to Mark Baumel and Amy Patrick. | 0.10 |
| 1/21/2021 | - | RES | (Reliance) Email to Brittany Petrucci. | 0.10 |
|  | - | RES | (Reliance) Phone Conference with Brittany Petrucci. | 0.20 |
|  | - | RES | Emails to Randall Robbins. | 0.10 |
| 2/5/2021 | - | RES | (RSL) Email to Mark Baumel and Amy Patrick. | 0.10 |
|  | - | RES | (RSL) Email to Randall Robbins, Mark Baumel and Amy Patrick. | 0.10 |
|  | - | RES | (RSL) Organized Materials for Oral Argument and Partially Reviewed Cases and Partially Reviewed and Printed Cases. | 1.80 |
|  | - | RES | (RSL) Further Review of Cases. | 0.30 |
|  | - | RES | (RSL) Email to Randall Robbins, Amy Patrick and Mark Baumel. | 0.10 |
| 2/7/2021 | - | RES | (RSL) Further Review of Briefs and Cases in Preparation of Oral Argument. | 1.50 |
|  | - | RES | (RSL) Further Review of Case Law in Preparation of Oral Argument. | 0.90 |
| 2/8/2021 | - | RES | (RSL) Further Preparation for Oral Argument. | 2.20 |
| 2/9/2021 | - | RES | Emails to Randall Robbins, Amy Patrick and Mark Baumel. | 0.10 |
|  | - | RES | Further Preparation for Oral Argument and Conferences with Law Clerk (T.Y.). | 3.60 |
| 2/10/2021 | - | RES | Further Preparation for Oral Argument and Conference with Law Clerk (T.Y.). | 3.10 |
|  | - | RES | Conference Call with Amy Patrick, Mark Baumel and Randall Robbins and Subsequent Conference Call with Randall Robbins. | 1.40 |

Amy M. Patrick, M.D.
Robert E. Saint, Esq.
04/05/21

|  |  |  | | Hours |
|---|---|---|---|---|
| 2/10/2021 - | RES | (RSL) Further Preparation for Oral Argument. | | 1.00 |
| 2/11/2021 - | RES | (RSL) Further Review of documents and Preparation for Oral Argument. | | 0.70 |
| - | RES | (RSL) Further Preparation - Reviewed Cases and Documents. | | 2.70 |
| - | RES | (RSL) Prepared Outline for Oral Argument and Further Preparation. | | 1.80 |
| 2/12/2021 - | RES | Further Preparation for Oral Argument, Phone Conference with Randall Robbins and Oral Argument. | | 2.80 |
| 3/19/2021 - | RES | Phone Conference with Randall Robbins and Phone Conference with Amy Patrick. | | 0.50 |
| 3/21/2021 - | RES | Two (2) Emails to Randall Robbins in Reply to His Two (2) Emails. | | 0.10 |
| - | RES | Research Regarding Stay of Order Pending an Appeal and Email to Amy Patrick and Mark Baumel with Copy to Randall Robbins. | | 0.80 |
| 3/22/2021 - | RES | Read Court's Opinion, Conference with Law Clerk (T.Y.) and Email to Randal Robbins. | | 1.10 |
| - | RES | Reviewed Policy and Email to Amy Patrick and Mark Baumel. | | 0.20 |
| 3/23/2021 - | RES | Conference with Law Clerk (T.Y.) and Reviewed In Re Revel Case (a 3rd Circuit Case Regarding: Stay of Appeal) and Email to Randall Robbins and Amy Patrick. | | 0.80 |
| - | RES | Phone Conference with Randall Robbins About Stay Issue. | | 0.30 |
| - | RES | Conference with Law Clerk (T.Y.) About Stay (Bond or Equitable Relief), Email to Amy Patrick with Copy to Randal Robbins. | | 0.20 |
| - | RES | Email to Randall Robbins and Randall Teti. | | 0.10 |
| - | RES | Prepared Correspondence to Josh Bachrach and Email to Amy Patrick and Randall Robbins/Also, Revisions to letter. | | 0.40 |
| - | RES | Conference with Law Clerk (T.Y.) and Research Regarding Court's Authority to Hear Fee Petition for Fees After Notice of Appeal is Filed. | | 1.10 |
| - | RES | Phone Conference with Mark Baumel Regarding Issues Going Forward, Stay, Appeal, etc. | | 0.40 |
| - | RES | Phone Conference with Mark Baumel About Northwestern Mutual (NWM) Moving Forward. | | 0.40 |
| - | RES | Email to Randall Robbins Regarding Jurisdictional Issue. | | 0.10 |
| 3/24/2021 - | RES | Reviewed Pensecio Case and Checked to See If It Was Good Law, Conference with Law Clerk (T.Y.), Revised Josh Bachrach Letter and Email to Client and Randall Robbins. | | 0.50 |
| - | RES | Reviewed Randal Teti's Email, scanned Document and Email to Randall Teti with Copy to Randall Robbins. | | 0.20 |
| - | RES | Read the Unisys Corp and Christian Cases and Research Regarding Petition for Fees, Preliminary Review of the Hardt and Ursic Cases and Cursory Research on Filing a Fee Petition. | | 1.10 |
| 3/25/2021 - | RES | Research Regarding Fee Petition and Voice Mail to Randall Robbins. | | 0.50 |
| - | RES | Conference Call With Randall Robbins and Randal Teti Regarding Fee Petition and Jurisdiction. | | 0.30 |
| - | RES | Prepared Detailed Fee Petition and Research. | | 4.80 |
| - | RES | Phone Conference with Randall Robbins, Email to Josh Bachrach with Attachment in Response to Request to Agree to a Stay with Copy to Randall Robbins and Randall Teti and Forwarded to Amy Patrick. | | 0.20 |
| 3/26/2021 - | RES | Email to Josh Bachrach. | | 0.10 |
| - | RES | Email to Randall Robbins About Our Counter to Josh Bachrach Regarding the Stay. | | 0.10 |
| 3/27/2021 - | RES | Two (2) Emails to Amy Patrick, Including Email From Josh Bachrach with Copies to Randall Robbins and Separate Email to Randal Robbins. | | 0.20 |
| 3/29/2021 - | RES | Email to Randall Robbins with Attached Time Sheets. | | 0.10 |

Amy M. Patrick, M.D.
Robert E. Saint, Esq.
04/05/21

|  |  |  | | Hours |
|---|---|---|---|---|
| 3/29/2021 | - | RES | Conference with Law Clerk (T.Y.) Regarding Stay of Future Benefits Pending Appeal. | 0.10 |
| 3/30/2021 | - | RES | Completed and Revised Supplemental Petition For Attorneys' Fees, Legal Research and Emailed to Randall Robbins and Randall Teti. | 1.30 |
|  | - | RES | Prepared Affidavit of Robert Saint and Emailed to Randall Robbins and Randall Teti. | 0.80 |
| 3/31/2021 | - | RES | Voice Mail to Randall Robbins Regarding Reliance Proposal for a Stay. | 0.10 |
|  | - | RES | Phone Conference with Randall Robbins About the Stay. | 0.20 |
|  | - | RES | Email to Amy Patrick and Mark Baumel Regarding Amy's Earnings for Purposes of the Bond. | 0.10 |
|  | - | RES | Email to Josh Bachrach About Amy's Earnings and Bond. | 0.10 |
|  | - | RES | Multiple Emails with Clients About Reliance's Stay of Proceedings and Bond. | 0.20 |
|  | - | RES | Email to Josh Bachrach with Copy to Randall Robbins and Randall Teti. | 0.10 |
| 4/1/2021 | - | RES | Email to Josh Bachrach. | 0.10 |
|  | - | RES | Phone Conference with Randall Robbins About Josh Bachrach's Email and the Security Issue. | 0.20 |
|  | - | RES | Email to Amy Patrick Which Forwards and Discusses Josh Bachrach's Email. | 0.20 |
|  | - | RES | Emails to Josh Bachrach, Emails to Amy Patrick and Randall Robbins Regarding Stay/Security. | 0.50 |
|  | - | RES | Reviewed Standard of Review in the Third Circuit From District Court to COA in ERISA Disability Case. | 0.50 |
| 4/2/2021 | - | RES | Email to Josh Bachrach Regarding Stay/Security. | 0.10 |
|  |  |  |  | **215.80** |

Additional Charges :

|  |  |  | | Qty/Price |
|---|---|---|---|---|
| 11/4/2019 | - | RES | Expense: Filing Fees. | 1<br>400.00 |
| 12/12/2019 | - | RES | Expense: Registration Fee for Admission Pro Hac Vice (Randall Robbins). | 1<br>25.00 |

**Total costs**

**425.00**